UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00150 |
| | ) | Chief Judge Haynes |
| LISA CRAWFORD JUSTICE | ) | |

*[Handwritten note: Motion to continue is granted. The hearing is reset for October 24, 2013 at 3:00pm. / signed / 9-4-13]*

## MOTION TO CONTINUE SENTENCING HEARING

NOW COMES the defendant, Lisa Crawford Justice, who, through undersigned counsel, respectfully requests that this Honorable Court enter an order granting her motion for a continuance of the sentencing hearing scheduled for September 9, 2013. The reasons for this motion are set forth as follows:

1. Undersigned counsel needs additional time to gather additional information to present to the Court for sentencing. Ms. Justice has no opposition to this requested continuance.

2. Undersigned counsel has spoken with Assistant United States Attorney Sandra G. Moses who has authorized undersigned counsel to state that she has no opposition to this motion.

**WHEREFORE**, for the reasons stated herein, defendant Lisa Crawford Justice respectfully requests that the sentencing hearing be continued to October 7, 2013, at _____ _.m. a time convenient with the Court's calendar but not between 2-2:30 p.m. when the attorney for the government has a hearing before Judge Todd J. Campbell.