UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-CR-00150 |
| | ) | Chief Judge Haynes |
| LISA CRAWFORD JUSTICE | ) | |

MOTION FOR AN ORDER OF FORFEITURE CONSISTING
OF A $108,204.58 UNITED STATES CURRENCY MONEY JUDGMENT

The United States of America, by its undersigned counsel, pursuant to Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure, moves based upon the Court's acceptance of Defendant's plea of guilty to the Indictment in the above-styled case, for an Order of Forfeiture consisting of $108,204.58 United States currency Money Judgment against Defendant on Count One of the Indictment.

A memorandum of law and facts is filed in support of this motion. Additionally, a proposed Order is attached hereto for the Court's convenience.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney


By:   /s Debra Teufel Phillips
DEBRA TEUFEL PHILLIPS
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: 615 736-5151