UNITED STATES OF AMERICA )
)
    v. )    No. 3:12-00150
)    Chief Judge Haynes
LISA CRAWFORD JUSTICE )

*[handwritten: ORDER. This motion is GRANTED. ~ William J. Haynes Jr. 12-2-13]*

## MOTION TO CORRECT CLERICAL ERROR IN JUDGMENT

    Pursuant to Rule 36 of the Federal Rules of Criminal Procedure, defendant Lisa

Crawford Justice requests that the Court correct a clerical error to reconcile the written

Judgment (DE 41) with the sentence imposed in open court.

    At sentencing, regarding the schedule of payments, the Court ordered "Payment

in equal monthly installments of ten (10%) percent of Defendant's **net** monthly income,

to commence thirty days after the date of this judgment" (emphasis added)(Attachment

One, Sentencing Excerpt, at 3-4). However, the written Judgment incorrectly reflects

"gross monthly income." (DE 41, Judgment at 7).

    Rule 36 allows the Court to correct a clerical error in a judgment arising from an

oversight or omission. Both parties agree that, in light of the sentence announced in

open Court, it would be appropriate to amend the Judgment by correcting the wording

"gross monthly income" to "net monthly income."